**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **MI ESPERANZA MINERALS, LLC** | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-31406-ALT** |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Mi Esperanza Minerals, LLC ("Debtor") and files this Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. § 363. The Debtor presents this motion and respectfully represents the following:

1. On October 8, 2026 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2. Debtor was formed as an Arizona limited liability company in 2019 by Miriam Trabulsi-Legault. She and her husband Mathieu began selling crystals and stones from the living room of their home and eventually moved into online sales. In 2020, COVID affected the in-person sales side of the industry which was to the benefit of Debtor as they were already selling products online. Debtor was generating excellent revenue for a few years until it made an attempt to open a retail store which didn't pan out as Debtor hoped, coupled with personal matters the owners were dealing with. Debtor turned to multiple forms of loans and credit in order to sustain operations, but the debt repayments became overwhelming.

3. The Debtor continues to operate its wholesale mineral and stone decor business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

4. A search in the Texas Secretary of State shows that the following active UCC financing statement has been filed by a creditor asserting a security interest in cash collateral:

1 – Nusenda Federal Credit Union (originally Western Heritage Bank) (UCC Filing No. 21-0038569852 (Filed on 09/02/2021)

5. As reflected in the schedules, as of the petition date the Debtor had $6,005.00 in cash on hand. Being a retailer, Debtor does not accounts receivables. Total cash on hand was $6,005.00 on the petition date.

6. Nusenda Federal Credit Union: This security interest appears to be the only secured creditor. According to the UCC Financing Statement, Nusenda asserts a security interest in "all accounts/receivables and inventory" of the Debtor. Debtor owes Nusenda approximately $165,000.00, as reflected in Schedule D. Debtor's total cash collateral was $6,005.00 on the petition date.

7. Debtor seeks to use this cash collateral for expenses set forth in the 30-Day Budget attached as Exhibit "A". Without the use of this cash collateral, Debtor will shut down operations immediately.

8. **Emergency Consideration**: The Debtor depends on the use of cash collateral for payroll, insurance, and general operating expenses. Revenue is generated solely through the Debtor's operations. By separate motion, Debtor will request expedited consideration of this motion.

9. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay its expenses using cash collateral. The Debtor produces revenue from its operations and would use such revenue to pay the budgeted expenses.

10. The 30-Day Budget shows projected income and expenses for the Debtor. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize. Debtor will submit a 120-day budget prior to a final hearing on cash collateral.

11. In addition to Exhibit A, the following Exhibits are also attached:

| | |
|---|---|
| Exhibit B | Texas UCC Lien Search Results |

12. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit A. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 10% of that month's total in Exhibit A.

13. This "First Day Motion" is being filed alongside with the Voluntary Petition under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for an emergency hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit A and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
/s/Robert C. Lane
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion for Use of Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and or by US First Class Mail Postage Prepaid on October 8, 2026:

Debtor:
Mi Esperanza Minerals, LLC
5951 Luckett Ct., Suite C3
El paso, TX 79932

US Trustee:
Office of The United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

ECF Notifications:

Robert Chamless Lane on behalf of Debtor Mi Esperanza Minerals, LLC
notifications@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

Label Matrix for local noticing
0542-3
Case 26-31406-alt
Western District of Texas
El Paso
Thu Oct 8 12:07:03 CDT 2026

Mi Esperanza Minerals LLC
553 Royal Willow Way
El Paso, TX 79922-1826

United States Trustee (SMG311)
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

AMEX
PO Box 981535
El Paso, TX 79998-1535

American Express
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

American Express
Po Box 981535
El Paso, TX 79998-1535

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Cardmember Service - Chase
Po Box 1423
Charlotte, NC 28201-1423

Chase
Po Box 15298
Wilmington, DE 19850-5298

FJM Merced Associates, LP
180 Sutter St #400
San Francisco, CA 94104-4010

Mathieu Legault
553 Royal Willow Way
El Paso, TX 79922-1826

Mi Esperanza Minerals LLC
5951 Luckett Ct C3
El Paso, TX 79932-1882

Miriam Legault
553 Royal Willow Way
El Paso, TX 79922-1826

Mountain View Business Park LLC
555 Lombardy Ave
El Paso, TX 79922-1739

Nusenda Federal Credit Union
Po Box 8530
Albuquerque, NM 87198-8530

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
San Antonio, TX 78295-1601

WebBank, c/o Shopify Capital
100 Shockoe Slip 2nd Floor
Richmond, VA 23219-4100

Robert Chamless Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy Dept.
4161 Piedmont Pkwy
Greensboro, NC 27410-8110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express
Po Box 6031
Carol Stream, IL 60197-6031

(u)Gerardo T Rocha
R?o Balsas 1579, Fuentes Los Nogales, 32

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 21 |
| Bypassed recipients | 2 |
| Total | 23 |